HOLLYWOOD SHOE POLISH, INC., Appellant, v. BOYLE-MIDWAY, INC., Respondent.—

No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

HOLLYWOOD SHOE POLISH, INC., Appellant, v. KNOMARK MFG. CO., INC., Respondent.—

In our opinion the evidence was insufficient to establish either the first cause of action based upon unfair competition or the second cause of action based upon trade-mark infringement. Hence, we do not find it necessary to determine whether the second cause of action was barred by the release. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

In the Matter of JOHANNA BOGART, Respondent, v. PETER D. BOGART, Appellant.—

This appeal must be dismissed because the order which the husband seeks to review is not included in the record; and because, in any event, from his description of the order, it is not a final order and no appeal lies therefrom (see N. Y. City Dom. Rel. Ct. Act, § 58). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.